JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-04344-RGK-MAA | Date | September 9, 2020 |
|---|---|---|---|
| Title | *Team Luxury, Inc. et al v. BMW of North America, LLC et al* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams (not present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** **(IN CHAMBERS) Order Remanding to State Court**

Pursuant to the Court's May 15, 2020 Order, and the lack of a timely filed waiver to the procedural defect addressed therein, the Court hereby **REMANDS** this action in its entirety to state court.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer  _____